

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Ex parte George Osborn Merrill, III

No. 06-25-00082-CR

Appeal from the 115th District Court of Upshur County, Texas (Tr. Ct. No. 25-230-DCCV-0001). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Chief Justice Stevens.

 

As stated in the Court's opinion of this date, we find no error in the order of the court below. We affirm the order of the trial court denying Merrill's pretrial application for a writ for habeas corpus.

We note that the appellant, George Osborn Merrill, III, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JULY 7, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk